# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **MARC ASHLEY BARNES,** | ) | |
| | ) | |
| Petitioner, | ) | Case No. 7:18CV00023 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **WARDEN OF LEE COUNTY,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Respondent. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. Respondent's Motion to Dismiss (ECF No. 8) is GRANTED;

2. Petitioner's Motion to Expedite (ECF No. 14) is DISMISSED as moot;

3. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DISMSSED; and

4. The Clerk shall close the case.

ENTER: January 10, 2019

/s/ James P. Jones
United States District Judge